**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6449**

JAMES GREGORY ARMISTEAD,

Plaintiff - Appellant,

v.

JENNIE BOWEN; TIMOTHY WARE; ROGER SHACKLEFORD; MOSE
DORSEY; SETH EDWARDS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:17-ct-03281-BO)

Submitted:  August 10, 2018                          Decided:  August 31, 2018

Before NIEMEYER, TRAXLER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James G. Armistead, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Gregory Armistead appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Armistead v. Bowen*, No. 5:17-ct-03281-BO (E.D.N.C. Apr. 13, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*